# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144651(115)

WALGREEN COMPANY,
        Plaintiff/Counter-
        Defendant-Appellant,

v

SC: 144651
COA: 293608
Livingston CC: 07-023023-CK

RDC ENTERPRISES, L.L.C.,
        Defendant/Counter-Plaintiff/
        Cross-Plaintiff/Cross-
        Defendant-Appellee,

and

CINCINNATI INSURANCE COMPANY,
        Defendant/Counter-Plaintiff/
        Cross-Defendant,

and

HARLEYSVILLE LAKE STATES
INSURANCE COMPANY,
        Defendant/Counter-Plaintiff/
        Cross-Plaintiff-Appellee,

and

ICON IDENTITY SOLUTIONS, INC.,
and LINDHOUT ASSOCIATES
ARCHITECTS, A.I.A., P.C.,
        Defendants/Cross-
        Defendants-Appellees,

and

J.G. MORRIS, L.L.C., d/b/a J.G. MORRIS
COMPANY,
        Defendant/Counter-Plaintiff/
        Cross-Plaintiff/Cross-
        Defendant/Third-Party Plaintiff,

and

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and ST. PAUL TRAVELERS,
   Defendants-Appellees,

and

TRC SERVICES,
   Defendant/Cross-Defendant,

and

PROVIDENCE STEEL & SUPPLY, INC.,
   Third-Party Defendant.

_____/

   On order of the Court, the motion for reconsideration of this Court's October 22, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013       _____
                 Clerk

h0122